JOEL GUIDO, an Infant by SALVATORE GUIDO, His Father and Natural Guardian, et al., Appellants, v. FRANK KUSTER, Respondent.—

728

Rabin, P. J., Hopkins, Martuscello and Latham, JJ., concur; Munder, J., concurs, with the following separate memorandum: It is my view that the police accident report was not hearsay in the context of this case. It was offered not for the truth of facts contained in it, but on cross-examination to impeach the plaintiff father by showing he had failed to report what he claimed or what he could reasonably be expected to report. The report was *not* offered as a testimonial assertion and thus the hearsay rule has no application (Richardson, Evidence [9th ed.], § 209; see, also, §§ 206, 211). However, I believe it was error to admit it into evidence without a proper foundation being laid. This could have been done by defendant calling the police officer who prepared the report to testify concerning its preparation, e.g., who was present, what was said and what if anything was omitted from the report.